# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **T.M.**, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **Kevin McALEENAN**, | ) |
| *in his official capacities as Acting Secretary of the Department of Homeland Security and Commissioner of U.S. Customs and Border Protection*, | ) CIVIL ACTION NO. |
|  | ) |
| **Mark MORGAN**, | ) 1:19-cv-11280-ADB |
| *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*, | ) |
|  | ) |
| **Mark KOUMANS**, | ) |
| *in his official capacity as Acting Director of U.S. Citizenship and Immigration Services*, and | ) |
|  | ) |
| **William BARR**, | ) |
| *in his official capacity as Attorney General of the United States*, | ) |
|  | ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 68.2, Plaintiff T.M. and Defendants Kevin McAleenan, Mark Morgan, Mark Koumans, and William Barr, each in their respective official capacities, hereby stipulate to the dismissal with prejudice of this action. Each party shall bear its own costs and attorney's fees.

2

Respectfully submitted by,

| Plaintiff's Counsel | Defendants' Counsel |
|---|---|
| /s/ Sean B. Kennedy<br>SEAN B. KENNEDY (BBO No. 703560)<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Tel: (617) 951-7000<br>Sean.Kennedy@ropesgray.com | ANDREW E. LELLING<br>United States Attorney<br><br>/s/ Jason Weida<br>JASON WEIDA (BBO No. 663097)<br>ERIN E. BRIZIUS (NY No. 4821161)<br>Assistant U.S. Attorneys<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel: (617) 748-3180 (AUSA Weida)<br>Tel: (617) 748-3398 (AUSA Brizius)<br>Jason.Weida@usdoj.gov<br>Erin.E.Brizius2@usdoj.gov<br><br>Dated: May 1, 2020 |
| /s/_Kerry E. Doyle<br>KERRY E. DOYLE (BBO No. 565648)<br>Graves & Doyle LLP<br>100 State Street, 9th Floor<br>Boston, MA 02109<br>Tel: (617) 542-6400<br>Kdoyle@gravesanddoyle.com | |
| /s/_Iris Gomez<br>IRIS GOMEZ (BBO No. 201000)<br>Massachusetts Law Reform Institute<br>40 Court Street, Suite 800<br>Boston, MA 02108<br>(617) 357-0700<br>igomez@mlri.org | |

Dated: May 1, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2020, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/ Sean B. Kennedy
Sean B. Kennedy